UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ZACHERY BURWELL,

       Plaintiff,     :     17 Civ. 5646 (AT)(AJP)

   -against-                            :     **ORDER OF DISMISSAL ON CONSENT**

RELIANT REALTY SERVICES, LLC, et al.,
                                           :

       Defendants.
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

       Based on the settlement agreement reached by all parties and transcribed by the court reporter on October 19, 2017 , and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs provided, however, that the Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot and all conferences are cancelled. For the reasons stated on the transcript, the Court finds the settlement to be fair and reasonable to the plaintiff under the Second Circuit's <u>Cheeks</u> decision.

       SO ORDERED.

DATED:    New York, New York
              October 19, 2017

                                                    _____
                                                    **Andrew J. Peck**
                                                    United States Magistrate Judge

Copies **ECF** to:    All Counsel
                       Judge Torres

C:\ORD\DISMISS